NOTICE:  Summary decisions issued by the Appeals Court pursuant to M.A.C. Rule 23.0, as appearing in 97 Mass. App. Ct. 1017 (2020) (formerly known as rule 1:28, as amended by 73 Mass. App. Ct. 1001 [2009]), are primarily directed to the parties and, therefore, may not fully address the facts of the case or the panel's decisional rationale.  Moreover, such decisions are not circulated to the entire court and, therefore, represent only the views of the panel that decided the case. A summary decision pursuant to rule 23.0 or rule 1:28 issued after February 25, 2008, may be cited for its persuasive value but, because of the limitations noted above, not as binding precedent.  See Chace v. Curran, 71 Mass. App. Ct. 258, 260 n.4 (2008).

COMMONWEALTH OF MASSACHUSETTS

APPEALS COURT

25-P-804

FRANCES HINES

vs.

BOSTON PUBLIC SCHOOLS & another.[1]

MEMORANDUM AND ORDER PURSUANT TO RULE 23.0

The plaintiff, Frances Hines, appeals from a judgment dismissing all claims in her amended Superior Court complaint. Hines's briefing, however, includes neither record nor legal citations, and thus does not rise to the level of appellate argument as required by Mass. R. A. P. 16 (a) (9), as appearing in 481 Mass. 1628 (2019).

_____

[1] Boston Teachers Union, Local 66.

Accordingly, and without further discussion, we affirm the judgment.[2]

Judgment affirmed.

By the Court (Desmond, Hand & Hodgens, JJ.[3]),

Clerk

Entered: June 16, 2026.

---

[2] We recognize that Hines is not represented by counsel and moved for leave to file a nonconforming brief.  A single justice of this court allowed that motion "[w]ithout deciding whether the appellant has presented an adequate appellate argument."

[3] The panelists are listed in order of seniority.